IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
__WESTERN__ DIVISION

M.J. BOWMAN

__Derrick Sweeting__

(Enter Above the Name of the Plaintiff in this Action)

1:17 CV 727

vs.

__Thomas Schweiotzer__

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

__Major Spurlock White Shirt__
__Lt. Husband White Shirt__
__Lt. Couch White Shirt__
__Lt. Shankiu White Shirt__

RECEIVED
OCT 30 2017
RICHARD W. NAGEL
Clerk of Court
CINCINNATI, OHIO

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__Derrick Sweeting A679-018__
Name - Full Name Please - PRINT

__1724 St. Rt. 728 Minford Rd.__
Street Address

__Lucasville, Ohio, 45699__
City, State and Zip Code

__(740) 259-5544__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Thomas Schweigtzer
Name - Full Name Please
P.O. Box 56, Lebanon, Ohio, 45036
Address: Street, City, State and Zip Code

2. Lt. Couch White Shirt
P.O. Box 56, Lebanon, OH, 45036

3. Lt. Husband White Shirt
P.O. Box 56, Lebanon, OH, 45036

4. Lt. Shankiw White Shirt
P.O. Box 56, Lebanon, OH, 45036

5. Major Spurlock White Shirt
P.O. Box 56

6. Sgt Mrs. Hilis
P.O. Box 56, Lebanon, Ohio, 45036

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☑ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title ____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Mr Thomas Schweitzer was fully aware that Marcus Arnold 729-464 had put me in the hospital 12-23-16. I was involved in a arguement with Sgt Hilis about checking in her block. She told me why did I threathing her by saying on the Kite I would get the Blood Game members to start a war. Now I asks her where is the kite and why didn't I get a conduct report. She then stated if I don't check in her block she will get me crash on by boys who in the Blood Game. I'm not able as any game members. I was serious injury I had to learn how to walk again. I then was charges with hospital bills for a another inmate crashing on me. They charges 1,405.00 I'm asking for the courts to stop these charges and make Lebanon Correctional pay for my hospital bills. Please contact me as soon as possible. Thank you. I ask to suite for also 2.5 million

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I ASK FOR my hospital Bills to Be payed off and I want to Sure Each State Employee FOR Jeopardizing my Saffety and Security I Also ASK FOR Classification in Columbus To Be Sure. Because They Didnt Try to Get me Transfer to A Another Level 3A when Clearly they knew Lebanon Staffs put me around Marcus Arnold twices. When Classification put our Local Separation in the Computer 12-23-16 I came in Contact when Arnold 729-464 3-30-17 and 4-21-17 I wrote A Informal Complaint 4-20-17

I state under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of Oct 26, 20 17.

_____
Signature of Plaintiff

-4-