IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Derrick Sweeting,

    Plaintiff(s),

vs.

Thomas Schweigtzer, et al.,

    Defendant(s).

Case Number: 1:17cv727

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 12, 2019 a Report and Recommendation (Doc. 51). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc 56).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendant's motion for summary judgment (Doc. 35) is GRANTED. Plaintiff's pending motions (Docs 53 and 54) are DENIED as moot. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                              ___s/Susan J. Dlott_____
                                              Judge Susan J. Dlott
                                              United States District Court